1
2
3                    UNITED STATES DISTRICT COURT
4                    NORTHERN DISTRICT OF CALIFORNIA
5                            SAN JOSE DIVISION
6
7    LAMONT CHAPPELL, et al.,
                                              Case No.  5:15-cv-03855-BLF
            Plaintiffs,
8                                             **CASE MANAGEMENT ORDER**
          v.
9
     NATIONAL CITY CORPORATION, et al.,
10
            Defendants.
11

On July 7, 2016, the parties appeared before Judge Beth Labson Freeman for a Case Management Conference.

IT IS HEREBY ORDERED that the following schedule shall apply in this case:

| EVENT | DATE OR DEADLINE |
|---|---|
| Further Case Management Conference | n/a |
| Last Day to Amend Pleadings or Add Parties | n/a |
| Last Day to Disclose Experts | n/a |
| Fact Discovery Cut-Off | n/a |
| Expert Discovery Cut-Off | n/a |
| Last Day to Hear Dispositive Motions | n/a |
| Final Pretrial Conference | n/a |
| Trial | n/a |

IT IS FURTHER ORDERED THAT all disputes with respect to disclosures or discovery are referred to the assigned Magistrate Judge.

IT IS FURTHER ORDERED THAT the parties shall comply with the Court's standing orders, which are available on the Court's website and in the Clerk's Office.

IT IS FURTHER ORDERED THAT ADR cut-off is set for 10/28/2016 and all previously set dates remain unchanged.

Dated: July 7, 2016

_____
BETH LABSON FREEMAN
United States District Judge